```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BIRDIE GIRL GOLF, LLC,                                             :
:
                         Plaintiff,                    :
:    24-cv-09425 (LJL)
     -v-                                                           :
:    NOTICE OF INITIAL
MANY HATS ENTERPRISES, LLC,                                        :    PRETRIAL CONFERENCE
:
                         Defendants.                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been assigned to me for all purposes.  It is hereby:

    ORDERED that all parties appear for an Initial Pretrial Conference by TELEPHONE on **March 26, 2025**, at **3:00 p.m.**  Parties are directed to dial into the Court's new teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

    IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

    Counsel for Plaintiff is ordered to notify all counsel of this Notice.


    SO ORDERED.

Dated: February 26, 2025
       New York, New York                            _____
                                                                   LEWIS J. LIMAN
                                                              United States District Judge