UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Birdie Girl Golf, LLC,**<br><br>                              **Plaintiff,**<br><br>vs.<br><br>**Many Hats Enterprises, LLC,**<br><br>                              **Defendant.** | **Civil Action No. 1:24-cv-9425-LJL** |

# ORDER

Pursuant to the Court's Orders (D.I. 29, 30) on August 14 and the teleconference with the Court on September 8, 2025, Plaintiff Birdie Girl Golf, LLC ("Birdie Girl" or "Plaintiff") and Defendant Many Hats Enterprises, LLC ("Many Hats" or "Defendant") request for the entry of an Order accepting the proposed jurisdictional discovery plan and schedule discussed between the parties and with the Court; and the Court having considered the papers submitted in connection with the request; and the Court having further considered oral argument of the parties, if any; and the Court having considered the pleadings and status of this matter;

**IT IS** on this ___10th___ day of ___September___, 2025,

**ORDERED** that the following proposed jurisdictional discovery plan and schedule is **GRANTED**:

| Event | Deadline |
|---|---|
| Plaintiff will serve discovery requests on Defendant:<br>• Interrogatories<br>• Requests for Production<br>• Requests for Admission | September 15, 2025 |
| Plaintiff will serve subpoenas on relevant third-parties or other custodians of relevant data, as needed | September 22, 2025 |
| Defendant will serve its responses to Plaintiff's discovery requests including requests for admission | October 14, 2025 |
| Third-parties' production of documents in response to subpoenas is due | October 22, 2025 |
| Parties will complete all meet and confer obligations regarding any discovery disputes and file and serve any motions to compel | November 6, 2025 |
| Any jurisdictional deposition(s) concerning information relevant to jurisdiction will be completed | November 21, 2025 |
| All jurisdictional discovery, including from third-parties and responses to requests for admission, will be completed | November 28, 2025 |
| Plaintiff files Amended Complaint | December 16, 2025 |

_____

Honorable Lewis J. Liman
United States District Judge