UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

BIRDIE GIRL GOLF, LLC,                :

                Plaintiff,     :        24-cv-9425 (LJL)

    -v-                      :
                            :         ORDER

MANY HATS ENTERPRISES, LLC,   :

                Defendant.   :

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026

LEWIS J. LIMAN, United States District Judge:

In an opinion and order issued today, the Court denied Defendant's motion to dismiss the First Amended Complaint. *See* Dkt. No. 48.

The Court will hold a telephonic status conference on January 29, 2026, at 4:00 PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. The parties shall submit to the Court a proposed case management plan by January 28, 2026.

SO ORDERED.

Dated: January 21, 2026
     New York, New York
                                      LEWIS J. LIMAN
                                   United States District Judge